FILED

JUN 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

FAUSTO RENATO QUEVEDO, a.k.a.
Apple, a.k.a. Fausto Quevedo Guarcas,
a.k.a. Calvin Martinez, a.k.a. Raul
Martinez, a.k.a. Frausto Quevedo,

        Defendant - Appellant.

No. 12-50387

D.C. No. 2:12-cr-00067-GAF

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Gary A. Feess, District Judge, Presiding

Submitted June 18, 2013[**]

Before:    TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

    Fausto Renato Quevedo appeals from the district court's judgment and

challenges his guilty-plea conviction and 46-month sentence for being an illegal

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

alien found in the United States following deportation, in violation of 8 U.S.C.

§ 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Quevedo's counsel

has filed a brief stating that there are no grounds for relief, along with a motion to

withdraw as counsel of record. We have provided Quevedo the opportunity to file

a pro se supplemental brief. No pro se supplemental brief or answering brief has

been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**